ROSE MARIE MAZZA, ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF GEORGE S. MAZZA v. ALPHA LTD., T/A LAFF INN AND JAY RONE CORPORATION, T/A BRIGHTON BAR.

March 26, 1987.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 104 *N.J.* 462 (1986)).

IN RE APPLICATION OF R & R CONSOLIDATING INC., TO QUASH SUBPOENA ISSUED BY WATERFRONT COMMISSION OF NEW YORK HARBOR.

March 30, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM DEEVES.

March 30, 1987.

Petition for certification denied.